# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-41457
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARIO BARAJAS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CR-236-1

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Mario Barajas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barajas has filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein, as well as Barajas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-41457

issue for appellate review. Accordingly, Barajas's motions to vacate his sentence and remand the case to the district court, incorporated in his response, are DENIED; counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.